UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                              Chapter 7

RUSSELL RESTAURANT GROUP, LLC                              Case No. 04-14738-rdd
                              Debtor.
---------------------------------------------------------X

**ORDER AUTHORIZING RETENTION OF GITTELMAN & COMPANY, P.C.
AS ACCOUNTANTS TO THE TRUSTEE AND ESTATE**

**UPON** the application dated August 18, 2004 (the "Application") of Gittelman & Co., ("G&Co.")Proposed Accountants to Roy Babitt, Chapter 7 Interim Trustee (ATrustee), of the estate of Russell Restaurant Group, LLC., Debtor (ADebtor@), seeking authority to retain the firm of G&Co, as the Trustee's accountant in connection with his administration of the Debtor's estate; and upon the affidavit of Mark I. Gittelman duly sworn to on August 12, 2004 in support thereof; and no adverse interest having been shown; and it appearing that G&Co and each of its members is a disinterested person and neither holds nor represents any interest adverse to the Trustee or the estate; and it appearing that the employment and retention of G&Co is necessary and in the best interest of the estate and the economical administration thereof; and it appearing that notice of the Application has been provided under Local Bankruptcy Rule 9074-1(b) and that no other or further notice of the Application is warranted or required; it is

**ORDERED**, that Roy Babitt, Trustee herein, is authorized to retain and employ G&Co to act as his accountant, in connection with this case, to perform necessary services; and it is further

**ORDERED** that all compensation for services rendered and reimbursement of expenses incurred by G&Co shall be subject to proper written application therefor and further Order of this Court

Dated: New York, New York
      August 25, 2004                                /s/Robert D. Drain
                                                                           Hon. Robert D. Drain, USBJ

**NO OBJECTION**:
United States Trustee for the
Southern District of New York
By:    /s/Mary Elizabeth Tom 8/23/04
        Assistant United States Trustee