MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan
Michael R. Dal Lago

Attorneys for Michael Ring, Frank Ring, *et al.*,
Tenants in Common, c/o FM Ring Associates, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
In re:                                                     : Chapter 7
                                                           :
RUSSELL RESTAURANT GROUP, LLC,                             :
                                                           : Case No. 04-14738 (SMB)
                           Debtor.                         :
                                                           :
---------------------------------------------------------- X

STATE OF NEW YORK     )
                      )  ss.:
COUNTY OF NEW YORK    )

## AMENDED AFFIDAVIT OF SERVICE

**MARIOLA WIATRAK**, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides in Forest Hills, New York.

On February 5, 2010, deponent caused to be served copies of the Response to the Objection of Roy Babitt, Chapter 7 Trustee, to administrative Expense and Secured Claims filed by Michael Ring, Frank Ring, et al., Tenants in Common and Motion to Compel Payment of Post-Petition Rent, by electronic mail in pdf format and/or by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York, upon the parties on the attached service list.

_____
MARIOLA WIATRAK

Sworn to before me this
9th day of February, 2010

_____
Notary Public

NELSON VARGAS
NOTARY PUBLIC, State of New York
No. 01VA6136033
Qualified in Nassau County
Commission Expires October 31, 2008

#2174095 v1 \014737 \0019

# SERVICE LIST

Schuyler G. Carroll, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
carroll.schuyler@arentfox.com

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Patrick J. Orr, Esq.
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor ew York, NY 10017

## Wiatrak, Mariola

| | |
|---|---|
| **From:** | Wiatrak, Mariola |
| **Sent:** | Friday, February 05, 2010 8:19 PM |
| **To:** | 'carroll.schuyler@arentfox.com' |
| **Subject:** | Russell Restaurant, Case No. 04-14738 |
| **Attachments:** | Ring response.pdf; Ring declaration.pdf |

Enclosed please find a copy of the Response to Chapter 7 Trustee Objection to Michael Ring, Frank Ring et al claims and Declaration in Support.

Mariola Wiatrak
Bankruptcy Paralegal
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731
Tel: 212.735.8839
Fax: 212.735.8708
email: mwiatrak@morrisoncohen.com
Website: www.morrisoncohen.com

2/9/2010