Arent Fox LLP / **New York, NY** / Washington, DC / Los Angeles, CA

# Arent Fox

June 17, 2010

**Schuyler G. Carroll**
Attorney
212.484.3955 DIRECT
212.484.3990 FAX
carroll.schuyler@arentfox.com

Honorable Judge Shelly C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  Bankruptcy Estate of Russell Restaurant Group LLC
     Chapter 7 Case No.: 04-14738 (SCC)

Dear Judge Chapman:

This letter is to provide the Court with an update as to the status of the above referenced case.

The Trustee is prosecuting an objection to an administrative expense claim filed by the pre-petition landlord, Michael Ring, Frank Ring, *et. al* (the "Landlord"). Although the claim appears to lack merit, the Landlord has refused to engage in substantive settlement discussions and to date, all offers from the Trustee were rejected. Moreover, the Landlord has refused to make any counter offer.

Trustee's counsel is familiar with the Landlord from another bankruptcy case and has first hand experience that the Landlord is very litigious and averse to settlement of any kind, regardless of the merits. The Trustee will continue to work with the Landlord's counsel in an attempt to resolve the claim consensually, but it appears doubtful that settlement will occur, despite attempts of counsel.

Discovery is presently being conducted. A status conference is scheduled before the Court on June 30, 2010.

Please feel free to contact me at any time with any questions you may have.

Respectfully submitted,

Schuyler G. Carroll

cc:  Michael Del Lago (counsel to Michael Ring, et. al)

NYC/490192.1
1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400  F 213.629.7401

SMART IN YOUR WORLD®