# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: RUSSELL RESTAURANT GROUP LLC | § § § | Case No. 04-14738 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Babitt, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

One Bowling Green
New York, NY 10004

Any person wishing to object to any fee application that has not already been approved must file a written objection within 7 days of the date set for the hearing, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objections to the Final Report will be held at 10:00 a.m. on May 4, 2011, in Courtroom 610, United States Courthouse, One Bowling Green, New York, New York, 10004.

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A PERSON SEEKING AN AWARD OF COMPENSATION OR REIMBURSEMENT OF EXPENSES SHALL FILE AN APPLICATION WITH THE CLERK AND SERVE A COPY ON THE TRUSTEE AND THE UNITED STATES TRUSTEE NOT LATER THAN 21 DAYS PRIOR TO THE DATE OF THE HEARING ON THE TRUSTEE'S FINAL ACCOUNT. FAILURE TO FILE AND SERVE SUCH AN APPLICATION WITHIN THAT TIME MAY RESULT IN THE DISALLOWANCE OF FEES AND EXPENSES.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 03/31/2011          By:     /s/ROY BABITT, TRUSTEE
                                         Trustee

Roy Babitt, Trustee
156 West 56th Street
New York, NY  10019
(212) 237-1211
lcroslow@windelsmarx.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: RUSSELL RESTAURANT GROUP LLC  § Case No. 04-14738
  §
  §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 76,422.63 |
| *and approved disbursements of* | $ 15,200.95 |
| *leaving a balance on hand of* [1] | $ 61,221.68 |
| **Balance on hand:** | $ 61,221.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 61,221.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ROY BABITT, TRUSTEE | 2,900.87 | 0.00 | 2,900.87 |
| Attorney for Trustee, Fees - ARENT FOX PLLC | 25,934.99 | 0.00 | 25,934.99 |
| Attorney for Trustee, Expenses - ARENT FOX PLLC | 1,115.22 | 0.00 | 1,115.22 |
| Accountant for Trustee, Fees - ACCOUNTANT | 16,994.16 | 0.00 | 16,994.16 |
| Accountant for Trustee, Expenses - ACCOUNTANT | 755.00 | 0.00 | 755.00 |
| Attorney for Trustee Fees - DAVIDOFF MALITO & HUTCHER | 3,254.99 | 0.00 | 3,254.99 |
| Attorney for Trustee Expenses - DAVIDOFF MALITO & HUTCHER | 261.95 | 0.00 | 261.95 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 51,217.18 |
| Remaining balance: | $ 10,004.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,004.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $36,674.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | NYS DEPT. OF TAXATION AND FINANCE | 16,838.66 | 0.00 | 4,593.40 |
| 33P | New York State Department of Taxation | 19,836.20 | 0.00 | 5,411.10 |

Total to be paid for priority claims: $ 10,004.50
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 132,105.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | CITICORP VENDOR FINANCE INC. | 3,424.22 | 0.00 | 0.00 |
| 4 | Charmer Industries, Inc. | 7,328.32 | 0.00 | 0.00 |
| 5 | DGA Security Systems, Inc. | 2,639.59 | 0.00 | 0.00 |
| 6 | Micros Retail Systems, Inc. | 6,015.73 | 0.00 | 0.00 |
| 7 | S.O.S. Chefs of New York | 885.47 | 0.00 | 0.00 |
| 8 | Lauber Imports Ltd. | 224.00 | 0.00 | 0.00 |
| 9 | Peerless Importers, Inc. | 1,531.79 | 0.00 | 0.00 |
| 10 | Big Apple Bag Distributors | 638.00 | 0.00 | 0.00 |
| 11 | Ecolab | 1,319.47 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 12 | Cazanove Opici Wine Corp. | 156.01 | 0.00 | 0.00 |
| 13 | Wild Edibles, Inc. | 10,500.00 | 0.00 | 0.00 |
| 14 | Frederick Wildman & Sons Ltd. | 586.63 | 0.00 | 0.00 |
| 15 | HARNEY & SONS | 376.11 | 0.00 | 0.00 |
| 17 | DAY & NITE REFRIGERATION & | 5,341.33 | 0.00 | 0.00 |
| 19 | Wenner Gren Foundation | 3,000.00 | 0.00 | 0.00 |
| 20 | The Lobster Place, Inc. | 20,247.29 | 0.00 | 0.00 |
| 21 | Winick Realty Group | 26,754.90 | 0.00 | 0.00 |
| 23 | Master Purveyors, Inc. | 17,876.84 | 0.00 | 0.00 |
| 24 | Barry B. LePatner & Associates | 6,534.68 | 0.00 | 0.00 |
| 25 | Norwegian Wood | 1,840.25 | 0.00 | 0.00 |
| 26 | PEERLESS IMPORTERS, INC. | 1,531.79 | 0.00 | 0.00 |
| 27 | CONSOLIDATED EDISON COMPANY OF NY, INC. | 7,151.23 | 0.00 | 0.00 |
| 28 | Amy's Bread | 3,418.45 | 0.00 | 0.00 |
| 33U | New York State Department of Taxation | 2,783.76 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/Roy Babitt, Trustee
Roy Babitt, Trustee

Roy Babitt, Trustee
156 West 56th Street
New York, NY 10019
(212) 237-1211
lcroslow@windelsmarx.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**