Heike M. Vogel
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                           Chapter 7

RUSSELL RESTAURANT GROUP, LLC,                       Case No. 04-14738 (RDD)

                    Debtor.
---------------------------------------------------------x

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK      )
                                             ) ss:
COUNTY OF NEW YORK   )

        LISA INDELICATO, being sworn, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

2. On April 4, 2011, I served the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* by depositing a true and correct copy thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States postal service within the city and state of New York upon the parties on the attached service list.

                                                                         */s/ Lisa Indelicato*
                                                                         Lisa Indelicato

Sworn to before me this
4th day of April 2011

*/s/ Susan E. Mackey*
Notary Public
Authorized in New York State
Commission Expires 8/7/2014
Registration #01MA6150724

NYC/576806.1

```
Label Matrix for local noticing              Morrison Cohen Singer & Weinstein, LLP    NYS Department of Labor
0208-1                                       750 Lexington Avenue
Case 04-14738-scc                            New York, NY 10022-1200
Southern District of New York
Manhattan
Mon Apr  4 18:25:46 EDT 2011

Russell Restaurant Group, LLC               Manhattan Division                        Allegiance Telecome of New York
331 Park Avenue South                        One Bowling Green                         P.O. Box 844870
New York, NY 10010-2904                      New York, NY 10004-1415                   Dallas, TX 75284-4870


American Kitchen Associates                  Amy's Bread                               Asia Market Corporation
511 East 82nd Street                         75 Ninth Avenue                           71 1/2 Mulberry Street
New York, NY 10028-7161                      New York, NY 10011                        New York, NY 10013


Auto-Chlor System                            Autotap Corporation                       Baldor Enterprises, Inc.
685 Gotham Parkway                           958 Grand Street                          511 Barry Street
Carlstadt, NJ 07072-2403                     Brooklyn, NY 11211-2707                   Bronx, NY 10474-6605


Balter Sales Company, Inc.                   Baltz & Company, Inc.                     Barry B. LePatner & Associates
209 Bowery                                   625 Broadway, 10th Floor                  101 East 52nd Street
New York, NY 10002-2887                      New York, NY 10012-2611                   New York, NY 10022-6000


Big Apple Bag Distributors                   Borax Paper Products, Inc.                Broadway Restaurant Supplies
130 Ryreson Avenue, #111                     1390 Spofford Avenue                      21 East 17th Street
Wayne, NJ 07470-8137                         Bronx, NY 10474-6100                      New York, NY 10003-1902


CITICORP VENDOR FINANCE INC.                 CONSOLIDATED EDISON COMPANY               CONSOLIDATED EDISON COMPANY OF NY, INC.
FKA COPELCO CAPITAL                          BANKRUPTCY GROUP                          BANKRUPTCY GROUP
ATTN: LIBBI SULLIVAN                         4 IRVING PLACE, ROOM 1875-S               4 IRVING PALCE, ROOM 1875-S
1800 OVERCENTER DRIVE                        NEW YORK, NEW YORK 10003-3502             NEW YORK, NEW YORK 10003-3502
MOBERLY, MO 65270-9466

CONSOLIDATED EDISON COMPANY OF NY, INC.      Cazanove Opici Wine Corp.                 Charmer Industries, Inc.
BANKRUPTCY GROUP                             25 Deboer Drive                           P.O. Box 5331
4 IRVING PLACE, ROOM 1875-S                  Glen Rock, NJ 07452                       Woolsey Station
NEW YORK, NY 10003-3502                                                                Long Island City, NY 11105-5331


Chelsea Mini Storage                         Chelsea Window Cleaning                   Chief Fire Prevention &
224 12th Avenue                              P.O. Box 171                              Mechanical Corp.
New York, NY 10001-1097                      Englishtown, NJ 07726-0171                50 Mount Vernon Avenue
                                                                                       Mount Vernon, NY 10550-2431


Citicorp Vendor Finance, Inc.                Citrin Cooperman & Company, LLP           Consolidated Edison
P.O. Box 7247-0322                           529 Fifth Avenue                          Curtis 1000 Inc.
Philadelphia, PA 19170-0322                  New York, NY 10017-4667                   P.O. Box 102463
                                                                                       Atlanta, GA 30368-2463
```

| | | |
|---|---|---|
| DAY & NITE REFRIGERATION &<br>DAY & NITE AIR CONDITIONING<br>10 CHARLES STREET<br>P.O. BOX 310<br>NEW HYDE PARK, NY 11040-0310 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | DGA Security Systems, Inc.<br>20 West 47th Street<br>New York, NY 10036-3303 |
| Dairyland<br>1300 Viele Avenue<br>Bronx, NY 10474-7134 | Danesi Caffe USA. Inc.<br>418 Park Avenue South, 3rd Fl.<br>New York, NY 10016-8821 | David Schefer Design, LLC<br>41 Union Square West, No. 1427<br>New Yorj, NY 10003-3251 |
| Day & Nite Refrigeration<br>10 Charles Street<br>P.O. Box 310<br>New Hyde Park, NY 11040-0310 | Don Cornwell<br>1585 Broadway, # 35F<br>New York, NY 10036-8200 | Ecolab<br>P.O. Box 905327<br>Charlotte, NC 28290-5327 |
| Ernie Baker Leasing<br>649 Hungry Road<br>North Woodmere, NY 11581-3038 | F.M. Ring Associates, as Agent for<br>Michael Ring, Frank Ring, et al.<br>20 West 47th Street<br>New York, NY 10036-3303 | Frederick Wildman & Sons Ltd.<br>307 East 53rd Street<br>New York, NY 10022-4985 |
| Fross Zelnick Lehrman &<br>Zissu, PC<br>866 United Plaza<br>New York, NY 10017 | Geralyn Delaney<br>5 Jodi Lane<br>Gansevoort, NY 12831-2534 | Granite Telecommunications<br>P.O. Box 9664<br>Manchester, NH 03108 |
| Grill Beverages<br>1366 39th Street<br>Brooklyn, NY 11218-3616 | HARNEY & SONS<br>5723 ROUTE 22<br>MILLERTON, NY 12546-6500 | HARVEY & SONS<br>5723 ROUTE 22<br>MILLERTON, NY 12546-4521 |
| Harney & Sons<br>P.O. Box 638<br>Salisbury, CT 06068 | Haymarket Media<br>114 West 26th Street, 3rd Floor<br>New York, NY 10001-6812 | Honolulu Fish Co.<br>82 Gulick Avenue<br>Honolulu, HI<br>Hospitality Graphics<br>545 Eighth Avenue, 23rd Floor<br>New York, NY 10018-4307 |
| IESI Corporation<br>2 Commerce Street, 2nd Floor<br>Bayonne, NJ 07002-5019 | ITC Telecom<br>31 Pueblo Court, Suite 1100<br>Morganville, NJ 07751-2006 | Idine Restaurant Group, Inc.<br>290 Park Avenue South<br>New York, NY 10010-5313 |
| Imperial Bag & Paper Co., Inc.<br>GPO P.O. Box 27305<br>New York, NY 10087-7305 | Ink Keepers Corp.<br>27 West 24th Street<br>New York, NY 10010-3290 | Island City Service, Inc.<br>P.O. Box 2033<br>Long Island City, NY 11102-0033 |
| J&R Rendering<br>6600 Blvd East, # 5N<br>West New York, NJ 07093-4248 | Jason Ahn<br>137 Avenue C<br>New York, NY 10009-5209 | Jonathan Riley<br>405 9th Avenue<br>Brooklyn, NY 11215-4101 |

| | | |
|---|---|---|
| Joseph T. Moldovan, Esq.<br>Morrison Cohen, LLP<br>909 Third Avenue<br>New York, NY 10022-4731 | Kenneth Hyman<br>217 East 33rd Street, # 3RW<br>New York, NY 10016-4817 | Klein, Levin Associates<br>1839 Ocean Parkway<br>Brooklyn, NY 11223-3050 |
| Lauber Imports Ltd.<br>24 Columbia Road<br>Sommerville, NJ 08876-3577 | MAS Security Agency, Inc.<br>202 Belville Avenue<br>Belleville, NJ 07109-2401 | MICHAEL RING, FRANK RING ET AL.,<br>TENANTS IN COMMON<br>C/O FM RING ASSOCIATES<br>20 WEST 47TH STREET<br>NEW YORK, NEW YORK 10036-3303 |
| Manhattan Fruit Exchange<br>448 West 16th Street<br>New York, NY 10011-7008 | Master Purveyors, Inc.<br>Hunts Point Co-op Market<br>Bldg B-14<br>Bronx, NY 10474-7500 | Micros Retail Systems, Inc.<br>1500 Harbor Boulevard<br>Weehawken, NJ 07086-6768 |
| NYS<br>DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>BUILDING 12, ROOM 256<br>ALBANY, NEW YORK 12240-0001 | NYS DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | Natgasco<br>532 Freeman Street<br>Orange, NJ 07050-1312 |
| New York Mechanical, Inc.<br>200 East 10 Street<br>Suite 517<br>New York, NY 10003-7702 | New York State Department of Taxation<br>and Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | New York State Tax Commission<br>55 Hanson Place<br>New York, NY 11217-1523 |
| North American Chemical Industries<br>12-3 Technology Drive<br>Setauket, NY 11733-4049 | Norwegian Wood<br>942 Grand Street<br>Brooklyn, NY 11211-2707 | Open Table, Inc.<br>33 New Montgomery Street<br>#500<br>San Francisco, CA 94105-4536 |
| PEERLESS IMPORTERS, INC.<br>16 BRIDGEWATER STREET<br>BROOKLYN, N.Y 11222-3891 | Paramount Brands/Eber Bros.<br>Dept. No. 797<br>P.O. Box 8000<br>Buffalo, NY 14267-0002 | Park Avenue Floratique<br>368 Park Avenue South<br>New York, NY 10010-1702 |
| Patty Group, Inc.<br>124 Enterprise Avenue South<br>P.O. Box 2105<br>Secaucus, NJ 07096-2105 | Peerless Importers, Inc.<br>16 Bridgewater Street<br>Brooklyn, NY 11222-3891 | PerfectAire Service. Inc.<br>124-11 101st Avenue<br>Richmond Hill, NY 11419-1409 |
| Purelite Candle of New York<br>302 A West 12th Street, #303<br>New York, NY 10014-6036 | S.O.S. Chefs of New York<br>Lenox Hill Station<br>P.O. Box 517<br>New York, NY 10021-0011 | Save the Date<br>256 Fifth Avenue, 6th Floor<br>New York, NY 10001-6407 |
| Simon Cherry<br>350 Third Avenue, #354<br>New York, NY 10010-2310 | T & G Industries, Inc.<br>18 Bergen Street<br>Brooklyn, NY 11201-6302 | The Beverage Works<br>1709 Highway 34, Unit 6<br>Farmingdale, NJ 07727-4036 |

| | | |
|---|---|---|
| The Lobster Place, Inc.<br>436 West 16th Street<br>New York, NY 10011 | The New York Times<br>P.O. Box 7777<br>Philadelphia, PA 19175-7770 | The Ultimate Juice Company<br>P.O. Box 403191<br>Atlanta, GA 30384-3191 |
| The Village Voice<br>36 Cooper Square<br>New York, NY 10003-7149 | Tony's Fish & Seafood Corporation<br>Hunts Point Co-op Market<br>Bldg #A-1<br>Bronx, NY 10474-7508 | USA Wine Imports<br>285 West Broadway<br>New York, NY 10013-2246 |
| Union Beer Distributors<br>1213-17 Grand Street<br>Brooklyn, NY 11211-1800 | United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2122 | Verizon<br>P.O. Box 15154<br>Albany, NY 12212 |
| Verizon Internet Services, Inc.<br>P.O. Box 101096<br>Atlanta, GA 30392-1096 | Volkswagen Credit<br>Wax Events<br>59 Boland Drive<br>West Orange, NJ 07052-3673 | Wenner Gren Foundation<br>470 Park Avenue South, 8th Floor<br>New York, NY 10016-6819 |
| Westchester Restaurant Supply<br>One Nepperhan Avenue (Route 9A)<br>Elmsford, NY 10523 | Western Pest Services<br>400 Fairway Drive, #105<br>Deerfield Beach, FL 33441-1808 | Westron Corp.<br>3590-C Oceanside<br>Oceanside, NY 11572-5819 |
| Wild Edibles, Inc.<br>21-51 Borden Avenue<br>Long Island City, NY 11101-4519 | Winick Realty Group<br>655 Third Avenue, 8th Floor<br>New York, NY 10017-5617 | Yankee Linen, Inc.<br>63 Second Avenue<br>Patterson, NJ 07514-2003 |
| Patrick J. Orr<br>Klestadt & Winters, LLP<br>570 Seventh Avenue<br>17th Floor<br>New York, NY 10018-1624 | Roy Babitt<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY 10019-3800 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DEPARTMENT OF THE TREASURY
IRS INSOLVENCY GROUP 4
290 BROADWAY
STOP 5TH FLR.
NEW YORK, NY 10007

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)F.M. Ring Associates, as Agent for Michael   (u)Internal Revenue Service   (u)Michael Ring, Frank Ring, et al., Tenants

(u)                                             End of Label Matrix
                                                Mailable recipients   109
                                                Bypassed recipients     4
                                                Total                 113