UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              Chapter 7

RUSSELL RESTAURANT GROUP, LLC,                     Case No. 04-14738 (SCC)

        Debtor.
------------------------------------------------------------x

## ORDER GRANTING APPLICATIONS FOR FINAL COMPENSATION AND AUTHORIZING ABANDONMENT OF DEBTOR'S BOOKS AND RECORDS

UPON consideration and filing of the Trustee's Final Report and applications for compensation and reimbursement of expenses of Roy Babitt, Chapter 7 Trustee (the "Trustee") and Arent Fox LLP as attorney for the Trustee (the "Applications"), during the administration of this Chapter 7 case, and notice having been given pursuant to Rules 2002(a)(7) and (c)(2) of the Federal Rules of Bankruptcy Procedure; and due consideration having been given to the statement of no opposition of the United States Trustee regarding the Applications; and a hearing having been held; and sufficient cause having been shown therefore, it is hereby

ORDERED that the Applications are granted to the extent set forth in Schedule "A" annexed hereto; and it is further

ORDERED, that the Trustee is hereby authorized to abandon the Debtor's books and records.

Dated: New York, New York
      May 4, 2011

                                        /S/ Shelley C. Chapman
                                        UNITED STATES BANKRUPTCY JUDGE

# CURRENT FEES AND EXPENSES
CASE NUMBER:  04-14738 (SCC)
CASE NAME:  **Russell Restaurant Group, LLC**

| Applicant | Date/ Docket No. | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Roy Babitt Trustee | 3/30/11 36 | $2,900.87 | $2,900.87 | $0.00 | $0.00 |
| Arent Fox LLP Counsel to Trustee | 3/30/11 36 | $25,934.99 | $25,934.99 | $1,115.22 | $1,115.22 |
| Davidoff Malito & Hutcher Prior Counsel to Trustee | 3/30/11 23 | $3,254.99 | $3,254.99 | $261.95 | $261.95 |
| Eisner LLP Accountants for Trustee | 5/11/11 40 | $16,994.16 | $16,994.16 | $755.00 | $755.00 |
| **Total** | | $49,085.01 | $49,085.01 | $2,132.17 | $2,132.17 |

SCHEDULE "A"     DATED:  MAY 4, 2011     INITIALS: <u>SCC</u>  USBJ

NYC/581805.1